# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV19-05882-DOC (AS) | Date | November 26, 2019 |
|---|---|---|---|
| Title | John Peterman v. Andrew Saul | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On August 14, 2019, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 15) and ordered that the agency electronically serve the administrative record on Plaintiff within **90 days** from service of the complaint. At the time of such service government counsel was to file a Notice of Service with the Court. As of today, however, defendant's counsel has failed to file a Notice of Service with the Court or a request for an extension of time in which to do so.

    The Court ORDERS defendant to promptly serve the administrative record on Plaintiff in accordance with the Court's Order Re: Procedures in Social Security Case. All other deadlines of the CMO remain in effect.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |